# The Law Office of John T. Brennan
151 East Fourth Street, No. 1A
Brooklyn, New York 11218
(347) 785-3005
lawoffjtb@gmail.com

January 5, 2024

**VIA ECF**
The Hon. Katherine Polk Failla
U.S. Dist. Court Judge
U.S. District Court for the Southern
　　District of New York
40 Foley Square
Courtroom 618
New York, New York 10007



Re:　*Khatskevich v. Shapiro, et al.,* 23 -cv- 9160 (KPF)(S.D.N.Y.)

Dear Judge Failla:

　　I represent Yevgeniya Khatskevich, the plaintiff in the above captioned case and respectfully submit this letter motion in compliance with the Court's order of January 4, 2024.

　　Ms. Khatskevich respectfully asks that the Court adjourn the preliminary conference, currently scheduled for January 9, 2024 at 4:00 PM, until such time, following the service of the Complaint on defendants, as the Court may deem appropriate. With respect to service, plaintiff wishes to inform the Court that, over a month ago, she mailed two copies of the complaint and appropriate waiver of service forms to defendants pursuant to Fed.R.Civ.P. 4(d). Defendants have not responded. Moreover, plaintiff informed defendants of the scheduled conference via email. Plaintiff, currently, is taking steps to complete service by other means.

　　Should the Court require anything from me, please contact me.

Respectfully submitted,

*/s/ John T. Brennan*

John T. Brennan

cc:　　L. Shapiro
　　　　A. Kaye

Application GRANTED.  The initial pre-trial conference scheduled for January 9, 2024, is hereby ADJOURNED to **February 22, 2024**, at **12:00 p.m.**

The dial-in information for the conference remains the same and is as follows:  At the aforementioned date and time, the parties are to call (888) 363-4749 and enter access code 5123533.

The parties are reminded of their obligation to provide a pre-conference submission and proposed case management plan on or before **February 15, 2024**.

The Clerk of Court is directed to terminate the pending motion at docket number 10.

Dated:    January 5, 2024              SO ORDERED.
          New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE